**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2325**

ALIMATOU SIDIKOU,

                Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

                Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.

Submitted:  September 29, 2009       Decided:  October 16, 2009

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Alexander  M.  Chanthunya,  Silver  Spring,  Maryland,  for
Petitioner. Tony West, Assistant Attorney General, Daniel E.
Goldman, Senior Litigation Counsel, Andrew B. Insenga, OFFICE OF
IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alimatou Sidikou, a native and citizen of Niger, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's denial of her applications for relief from removal.

Sidikou first challenges the determination that she failed to establish eligibility for asylum. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Sidikou fails to show that the evidence compels a contrary result.

Having failed to qualify for asylum, Sidikou cannot meet the more stringent standard for withholding of removal. Chen v. INS, 195 F.3d 198, 205 (4th Cir. 1999); INS v. Cardoza-Fonseca, 480 U.S. 421, 430 (1987). Finally, we uphold the finding below that Sidikou failed to demonstrate that it is more likely than not that she would be tortured if removed to Niger. 8 C.F.R. § 1208.16(c)(2) (2009).

We therefore deny the petition for review. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED